### REDFIELD v. STAFFORD.

*Appeal from Fayette District Court — Friday, June 15.*

THE judgment of the court below granting a new trial was affirmed; this court holding, that the law was correctly given, by the court below, to the jury, and that as between it and their verdict there was such a conflict as authorized the granting of a new trial.

*Milo McGlathery* for the appellant — *McClintock* and *Noble* for the appellee.

---

### MAXWELL v. LUNDY *et al.*

*Appeal from Warren District Court — Tuesday, June 19.*

THE decree of the court below for the plaintiff was reversed, on the ground that it was not sustained by the evidence — LOWE, Ch. J., delivering the opinion of the court.

*Williamson & Todhunter* for the appellants — *Maxwell* for the appellee.

---

### DAVIS v. BOAK *et al.*

*Appeal from Dallas District Court — Wednesday, June 20.*

THIS case involves only a question of fact; and the decree of the court below, dismissing plaintiff's bill, was affirmed, as being supported by the evidence — LOWE, Ch. J., delivering the opinion of the court.

*Williamson & St. John* for the appellants — *J. M. Dorr* for the appellee.